**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 21-14022-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**KWMANE TYSHEEN EUGENE LEWIS**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 29]. On August 16, 2021, Magistrate Judge Maynard held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 25, 26]. Magistrate Judge Maynard thereafter issued a Report and Recommendation on Change of Plea [ECF No. 29]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 29] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Kwmane Tysheen Eugene Lewis as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Kwmane Tysheen Eugene Lewis is adjudicated guilty of Count One of the Indictment, which charges Defendant with possession of a firearm and ammunition by

CASE NO. 21-14022-CR-CANNON

a convicted felon, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of September 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record